JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.L.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN COLVIN,[1] Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-02497-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 01/31/2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted for Martin J. O'Malley as the Defendant in this suit.